[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 19-14730

_____

D.C. Docket No. 5:19-cv-00385-MTT

COREY MCCLENDON,
on behalf of themselves and a class of similarly situated persons,
REGINALD HOLDEN,
on behalf of themselves and a class of similarly situated persons,
CHRISTOPHER REED,
on behalf of themselves and a class of similarly situated persons,

Plaintiffs - Appellees,

versus

GARY LONG,
in his official capacity and individually,
JEANETTE RILEY,
individually,

Defendants - Appellants,

JOHN AND/OR JANE DOES,
1-3, individually,

Defendants.

_____

Appeal from the United States District Court
for the Middle District of Georgia

_____

(March 30, 2021)

Before ROSENBAUM, LAGOA, and ED CARNES, Circuit Judges.

PER CURIAM:

We previously issued an order holding this case in abeyance pending an appeal from final judgment or the expiration of time for filing a notice of appeal. An appeal from final judgment has been filed, see McClendon v. Long, No. 21-10092 (docketed on Jan. 8, 2021), so we now dismiss this appeal of the preliminary injunction as moot, see Burton v. Georgia, 953 F.2d 1266, 1272 n.9 (11th Cir. 1992) ("We stayed consideration of the State's appeal until the district court awarded final judgment. We now dismiss the State's appeal to [sic] the preliminary injunction because the district court's denial of permanent relief rendered that earlier ruling moot. Once a final judgment is rendered, the appeal is properly taken from the final judgment, not the preliminary injunction.").